UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: ONYX CAPITAL VENTURES, LLC | § | Case No. 07-20928 |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that ALEX D. MOGLIA, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street, Room 873
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 11/29/2011 in Courtroom 744, United States Courthouse, 219 S. Dearborn Street
Chicago, IL  60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  10/28/2011            By:  /s/ALEX D. MOGLIA
                                                                                     Trustee

ALEX D. MOGLIA
1325 REMINGTON RD.STE. H
SCHAUMBURG, IL  60173
(847) 884-8282

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: ONYX CAPITAL VENTURES, LLC | § | Case No. 07-20928 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 50,025.92 |
| *and approved disbursements of* | $ 266.50 |
| *leaving a balance on hand of* [1] | $ 49,759.42 |

**Balance on hand:**     $     49,759.42

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | Wachovia Bank, N.A. | 1,954,024.55 | 1,954,024.55 | 0.00 | 8,282.34 |

Total to be paid to secured creditors:  $  8,282.34
Remaining balance:  $  41,477.08

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ALEX D. MOGLIA | 5,751.28 | 0.00 | 5,751.28 |
| Trustee, Expenses - ALEX D. MOGLIA | 680.80 | 0.00 | 680.80 |
| Attorney for Trustee, Fees - SPRINGER, BROWN, COVEY, GAERTNER & DAVIS LLC | 25,500.00 | 0.00 | 25,500.00 |
| Charges, U.S. Bankruptcy Court | 1,250.00 | 0.00 | 1,250.00 |
| Other Fees: MARK BAUM | 8,275.00 | 0.00 | 8,275.00 |
| Other Expenses: MARK BAUM | 20.00 | 0.00 | 20.00 |

Total to be paid for chapter 7 administration expenses:  $  41,477.08
Remaining balance:  $  0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 940,680.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Katten Muchin Rosenman LLP | 940,680.82 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/ALEX D. MOGLIA
Trustee

ALEX D. MOGLIA
1325 REMINGTON RD. STE. H
SCHAUMBURG, IL 60173
(847) 884-8282

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                            United States Bankruptcy Court
                             Northern District of Illinois

In re:                                                              Case No. 07-20928-ERW
Onyx Capital Ventures, L.L.C.                                       Chapter 7
       Debtor
                             CERTIFICATE OF NOTICE
District/off: 0752-1          User: rgreen                Page 1 of 1         Date Rcvd: Oct 28, 2011
                              Form ID: pdf006             Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2011.
db          +Onyx Capital Ventures, L.L.C.,    525 W. Monroe Street,    Suite 1600,    Chicago, IL 60661-3690
11735984    +Bradley Arant Rose & White, LLP,    Alabama Center for Commerce,    401 Adams Ave., Ste. 780,
              Montgomery, AL 36104-4326
11735985    +CT Corporation,    1209 Orange Street,    Wilmington, DE 19801-1120
11735986    +Jerry McCartney,    c/o K. Anderson Nelms,    P.O. Box 5059,    Montgomery, AL 36103-5059
11735987    +Katten Muchin Rosenman,    525 W. Monroe,    Suite 1900,    Chicago, IL 60661-3693
15239434    +Katten Muchin Rosenman LLP,    525 W. Monroe Street,    Chicago, IL 60661-3693
11735988    +Leo Math,    Chambliss Math Carr, PC,    P.O. Box 230759,    Montgomery, AL 36123-0759
11735989    +Piknik Products Company,    4300 Alatex Rd.,    Montgomery, AL 36108-4823
11735990    +Regus,    30 S. Wacker Drive,    22nd Floor,    Chicago, IL 60606-7452
11735991    +Richard O. Coleman,    c/o Statman Harris & Eyrich LLC,    333 W. Wacker Dr., Ste. 1710,
              Chicago, IL 60606-1226
15465047    +Wachovia Bank, N.A.,    c/o Matthew C. Luzadder, Esq.,    Kelley Drye & Warren LLP,
              333 West Wacker Drive, Suite 2600,    Chicago, IL 60606-2207
11735992    +Wachovia Bank, NA,    Matthew C Luzadder,    c/o Kelley Drye & Warren,
              333 W. Wacker Dr., Ste. 2600,    Chicago, IL 60606-2207

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Springer, Brown, Covey, Gaertner & Davis, LLC
aty           Thomas E. Springer
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 30, 2011**                        **Signature:**      _Joseph Speetjens_