# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |
|---|---|
| In re: ONYX CAPITAL VENTURES, LLC | § Case No. 07-20928 |
| | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

ALEX D. MOGLIA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $11,283.21 | Claims Discharged Without Payment: $940,680.82 |
| Total Expenses of Administration: $38,743.58 | |

3) Total gross receipts of $ 50,026.79 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2** ), yielded net receipts of $50,026.79 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $1,954,024.55 | $1,954,024.55 | $11,283.21 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 40,493.58 | 38,743.58 | 38,743.58 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 940,680.82 | 940,680.82 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $2,935,198.95 | $2,933,448.95 | $50,026.79 |

4)  This case was originally filed under Chapter 7 on November 08, 2007. The case was pending for 53 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/05/2012                By:   /s/ALEX D. MOGLIA
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| LITIGATION VS. DAY | 1249-000 | 5,000.00 |
| LITIGATION VS. PALMER | 1249-000 | 40,000.00 |
| LITIGATION VS. PALLESAN | 1249-000 | 5,000.00 |
| Interest Income | 1270-000 | 26.79 |
| **TOTAL GROSS RECEIPTS** | | $50,026.79 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Wachovia Bank, N.A. | 4220-000 | N/A | 1,954,024.55 | 1,954,024.55 | 11,283.21 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $1,954,024.55 | $1,954,024.55 | $11,283.21 |

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALEX D. MOGLIA | 2100-000 | N/A | 5,751.28 | 5,751.28 | 5,751.28 |
| ALEX D. MOGLIA | 2200-000 | N/A | 680.80 | 680.80 | 680.80 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| CLERK OF THE UNITED STATES BANKRUPTCY COURT | 2700-000 | N/A | 0.00 | 1,250.00 | 1,250.00 |
| SPRINGER, BROWN, COVEY, GAERTNER & DAVIS LLC | 3210-000 | N/A | 25,500.00 | 22,500.00 | 22,500.00 |
| MARK BAUM | 3731-420 | N/A | 8,275.00 | 8,275.00 | 8,275.00 |
| MARK BAUM | 3732-430 | N/A | 20.00 | 20.00 | 20.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 55.54 | 55.54 | 55.54 |
| The Bank of New York Mellon | 2600-000 | N/A | 95.36 | 95.36 | 95.36 |
| The Bank of New York Mellon | 2600-000 | N/A | 115.60 | 115.60 | 115.60 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 40,493.58 | 38,743.58 | 38,743.58 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CT Corporation | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 2 | Katten Muchin Rosenman LLP | 7100-000 | N/A | 940,680.82 | 940,680.82 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 940,680.82 | 940,680.82 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 07-20928 | **Trustee:**    (330260)    ALEX D. MOGLIA |
| **Case Name:**    ONYX CAPITAL VENTURES, LLC | **Filed (f) or Converted (c):**  11/08/07 (f) |
| | **§341(a) Meeting Date:**  12/10/07 |
| **Period Ending:** 04/05/12 | **Claims Bar Date:**  05/03/10 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | LITIGATION VS. DAY  (u) | Unknown | Unknown | | 5,000.00 | FA |
| 2 | CHECKING ACCOUNT AT NORTHERN TRUST | 0.00 | 0.00 | | 0.00 | FA |
| 3 | LITIGATION VS. PALMER  (u) | 0.00 | 0.00 | | 40,000.00 | FA |
| 4 | LITIGATION VS. PALLESAN  (u) | 0.00 | 0.00 | | 5,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 26.79 | FA |
| 5 | **Assets**      **Totals** (Excluding unknown values) | **$0.00** | **$0.00** | | **$50,026.79** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**      December 31, 2010      **Current Projected Date Of Final Report (TFR):**      October 28, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 07-20928 | |
| **Case Name:** | ONYX CAPITAL VENTURES, LLC | |
| | | |
| **Taxpayer ID #:** | **-***1263 | |
| **Period Ending:** | 04/05/12 | |

| | |
|---|---|
| **Trustee:** | ALEX D. MOGLIA (330260) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****75-65 - Money Market Account |
| **Blanket Bond:** | N/A |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 03/29/10 | {1} | Christopher J Day | Final Settlement | 1249-000 | 5,000.00 | | 5,000.00 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.03 | | 5,000.03 |
| 04/06/10 | | Wire out to BNYM account 9200******7565 | Wire out to BNYM account 9200******7565 | 9999-000 | -5,000.03 | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **0.00** | **0.00** | **$0.00** |
| Less: Bank Transfers | -5,000.03 | 0.00 | |
| **Subtotal** | **5,000.03** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$5,000.03** | **$0.00** | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 07-20928 |
| Case Name: | ONYX CAPITAL VENTURES, LLC |
| Taxpayer ID #: | **-***1263 |
| Period Ending: | 04/05/12 |

| | |
|---|---|
| Trustee: | ALEX D. MOGLIA (330260) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****75-66 - Checking Account |
| Blanket Bond: | N/A |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 07-20928 | **Trustee:** ALEX D. MOGLIA (330260) |
| **Case Name:** ONYX CAPITAL VENTURES, LLC | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-******75-65 - Money Market Account |
| **Taxpayer ID #:** **-***1263 | **Blanket Bond:** N/A |
| **Period Ending:** 04/05/12 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******7565 | Wire in from JPMorgan Chase Bank, N.A. account *******7565 | 9999-000 | 5,000.03 | | 5,000.03 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 0.51 | | 5,000.54 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 0.64 | | 5,001.18 |
| 06/04/10 | {3} | David F. Palmer | PREFERENCE RECOVERY | 1249-000 | 40,000.00 | | 45,001.18 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 4.56 | | 45,005.74 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 5.73 | | 45,011.47 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 5.73 | | 45,017.20 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.37 | | 45,017.57 |
| 10/18/10 | {4} | Russell N. Pallesen | PREFERENCE RECOVERY | 1249-000 | 5,000.00 | | 50,017.57 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.75 | | 50,018.32 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.23 | | 50,019.55 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.27 | | 50,020.82 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.27 | | 50,022.09 |
| 02/18/11 | | To Account #9200******7566 | Funds to pay Blanket Bond | 9999-000 | | 300.00 | 49,722.09 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.95 | | 49,723.04 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.42 | | 49,723.46 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.40 | | 49,723.86 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.42 | | 49,724.28 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.40 | | 49,724.68 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.42 | | 49,725.10 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 95.36 | 49,629.74 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.42 | | 49,630.16 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 115.60 | 49,514.56 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.40 | | 49,514.96 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.42 | | 49,515.38 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.40 | | 49,515.78 |
| 12/02/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.05 | | 49,515.83 |
| 12/02/11 | | To Account #9200******7566 | close out | 9999-000 | | 49,515.83 | 0.00 |

| | | | | |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 50,026.79 | 50,026.79 | **$0.00** |
| Less: Bank Transfers | | 5,000.03 | 49,815.83 | |
| **Subtotal** | | **45,026.76** | **210.96** | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$45,026.76** | **$210.96** | |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 07-20928 | |
| **Case Name:** | ONYX CAPITAL VENTURES, LLC | |
| **Taxpayer ID #:** | **-***1263 | |
| **Period Ending:** | 04/05/12 | |

| | |
|---|---|
| **Trustee:** | ALEX D. MOGLIA (330260) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******75-66 - Checking Account |
| **Blanket Bond:** | N/A |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/18/11 | | From Account #9200******7565 | Funds to pay Blanket Bond | 9999-000 | 300.00 | | 300.00 |
| 02/18/11 | 10101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/18/2011 FOR CASE #07-20928 | 2300-000 | | 55.54 | 244.46 |
| 12/02/11 | | From Account #9200******7565 | close out | 9999-000 | 49,515.83 | | 49,760.29 |
| 12/13/11 | 10102 | ALEX D. MOGLIA | Dividend paid 100.00% on $5,751.28, Trustee Compensation;  Reference: | 2100-000 | | 5,751.28 | 44,009.01 |
| 12/13/11 | 10103 | ALEX D. MOGLIA | Dividend paid 100.00% on $680.80, Trustee Expenses;  Reference: | 2200-000 | | 680.80 | 43,328.21 |
| 12/13/11 | 10104 | SPRINGER, BROWN, COVEY, GAERTNER & DAVIS LLC | Dividend paid 100.00% on $22,500.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 22,500.00 | 20,828.21 |
| 12/13/11 | 10105 | CLERK OF THE UNITED STATES BANKRUPTCY COURT | Dividend paid 100.00% on $1,250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 1,250.00 | 19,578.21 |
| 12/13/11 | 10106 | Wachovia Bank, N.A. | BANKRUPTCY CASE07-20928    ,ONYX CAPITAL VENTURES, LLC      DIVIDEND ON ALLOWED CLAIM # 3 of   0.57% | 4220-000 | | 11,283.21 | 8,295.00 |
| 12/13/11 | 10107 | MARK BAUM | Combined Check for Claims#et_al. | | | 8,295.00 | 0.00 |
| | | | Dividend paid 100.00%          8,275.00 on $8,275.00;  Claim# ; Filed: $8,275.00 | 3731-420 | | | 0.00 |
| | | | Dividend paid 100.00%             20.00 on $20.00;  Claim# ; Filed: $20.00 | 3732-430 | | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 49,815.83 | 49,815.83 | **$0.00** |
| Less: Bank Transfers | 49,815.83 | 0.00 | |
| **Subtotal** | **0.00** | **49,815.83** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$49,815.83** | |

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 07-20928 |
| Case Name: | ONYX CAPITAL VENTURES, LLC |
| | |
| Taxpayer ID #: | **-***1263 |
| Period Ending: | 04/05/12 |

| | |
|---|---|
| Trustee: | ALEX D. MOGLIA (330260) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******75-66 - Checking Account |
| Blanket Bond: | N/A |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # ***-*****75-65** | 5,000.03 | 0.00 | 0.00 |
| **Checking # ***-*****75-66** | 0.00 | 0.00 | 0.00 |
| **MMA # 9200-******75-65** | 45,026.76 | 210.96 | 0.00 |
| **Checking # 9200-******75-66** | 0.00 | 49,815.83 | 0.00 |
| | $50,026.79 | $50,026.79 | $0.00 |